**No. 09-10230. James Parker, Petitioner v. Robert Ercole, Superintendent, Green Haven Correctional Facility.**

560 U.S. 970, 130 S. Ct. 3422, 177 L. Ed. 2d 334, 2010 U.S. LEXIS 4824.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

■■■■■■

**No. 09-10232. Marshall McDaniel, Petitioner v. Illinois.**

560 U.S. 970, 130 S. Ct. 3422, 177 L. Ed. 2d 334, 2010 U.S. LEXIS 4829.

June 14, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 393 Ill. App. 3d 1103, 368 Ill. Dec. 917, 985 N.E.2d 724.

■■■■■■

**No. 09-10240. Salim Hakimi, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 970, 130 S. Ct. 3422, 177 L. Ed. 2d 334, 2010 U.S. LEXIS 4813.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 360 Fed. Appx. 497.

■■■■■■

**No. 09-10247. Clarence Carter, Petitioner v. Carl Anderson, Warden.**

560 U.S. 970, 130 S. Ct. 3423, 177 L. Ed. 2d 334, 2010 U.S. LEXIS 4831.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 585 F.3d 1007.

■■■■■■

**No. 09-10256. Randall G. Knowles, Petitioner v. Montana, et al.**

560 U.S. 970, 130 S. Ct. 3423, 177 L. Ed. 2d 334, 2010 U.S. LEXIS 4821.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 353 Mont. 507, 222 P.3d 595.

■■■■■■

**No. 09-10286. Daniel W. Dwyer, Petitioner v. City of St. Joseph, Missouri, et al.**

560 U.S. 971, 130 S. Ct. 3423, 177 L. Ed. 2d 334, 2010 U.S. LEXIS 4773.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Missouri denied.

■■■■■■

**No. 09-10293. Akwari Kalu, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 971, 130 S. Ct. 3423, 177 L. Ed. 2d 334, 2010 U.S. LEXIS 4870.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 329 Fed. Appx. 462.

■■■■■■

**No. 09-10314. James Nellums, Petitioner v. Dwight Neven, Warden.**

560 U.S. 971, 130 S. Ct. 3424, 177 L. Ed. 2d 334, 2010 U.S. LEXIS 4844.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.